158 A.3d 1243

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Hector B. GERMOSEN, Petitioner**

No. 392 MAL 2016

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW,** this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**